| | |
|---|---|
| 1 | MICHAEL P. GUINGONA, State Bar No. 145884 |
| 2 | Attorney at Law<br>Law Offices of Michael Guingona |
| 3 | 1161 Mission St, Suite 429<br>San Francisco, CA 94103 |
| 4 | Telephone: 415-601-0300 |
| 5 | Facsimile: 415-840-0383 |
| 6 | Attorney for Defendant Simone Lennon |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 16-448 MEJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER ALLOWING TRAVEL** |
| | ) | |
| SIMONE LENNON | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

Because Simone Lennon has been compliant with the conditions of her pretrial release and now her probation and is required to travel both within and without the country as a requirement of her employment as a Wedding Planner, the parties agree that her ability to travel be at the discretion of her probation officer. She shall conform to an itinerary submitted to the probation office prior to travel.

**IT IS SO STIPULATED:**

Date: October 25, 2017

_____
Michael P. Guingona
Attorney for Simone Lennon

16-448 MEJ, STIPULATION AND [PROP] ORDER - 1

Date: ~~October 25, 2017~~ January 19, 2018

_Denise Oki_

Denise Oki, Special Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

Upon consideration of the stipulation submitted by the parties, it is hereby **ORDERED** that Simone Lennon may travel in accordance with a previously provided itinerary for the purposes of business at the discretion of her probation officer.

Date: 2/1/18

THE HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE